TROUTMAN, APPELLANT, *v.* ALLSTATE INSURANCE COMPANY, APPELLEE.

[Cite as *Troutman v. Allstate Ins. Co.* (1996), 75 Ohio St.3d 469.]

(Nos. 95–1858 and 95–2095—Submitted April 15, 1996—Decided May 15, 1996.)

*J. Thomas Henretta,* for appellant.

*Chris T. Nolan* and *Peter D. Janos,* for appellee.

The judgment of the court of appeals is reversed and the cause is remanded to the trial court for further proceedings not inconsistent with *Girgis v. State Farm Mut. Auto. Ins. Co.* (1996), 75 Ohio St.3d 302, 662 N.E.2d 280.

MOYER, C.J., DOUGLAS, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents for the reasons stated in his opinion concurring in part and dissenting in part in *Girgis v. State Farm Mut. Auto. Ins. Co.* (1996), 75 Ohio St.3d 302, 309–312, 662 N.E.2d 280, 285–287.

COOK, J., dissents.

STRATTON, J., not participating.